AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Northern District of Indiana

| | | |
|---|---|---|
| Intercontinental Great Brands LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    2:26-cv-248 |
| The Partnerships, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Intercontinental Great Brands LLC                                                                                           .

Date:      05/28/2026

s/ James E. Judge
*Attorney's signature*

James E.  Judge  (6243206)
*Printed name and bar number*

Flener IP and Business Law
77 W. Washington St. Ste. 800
Chicago, IL 60602

*Address*

jjudge@fleneriplaw.com
*E-mail address*

(312) 724-8874
*Telephone number*

(312) 724-7395
*FAX number*

| Print | Save As... | | Reset |
|---|---|---|---|