**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

INTERCONTINENTAL GREAT BRANDS LLC,

     Plaintiff,

     v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A",

     Defendants.

No. 2:26-cv-00248

**PLAINTIFF'S MOTION FOR ELECTRONIC SERVICE OF**
**PROCESS PURSUANT TO FED. R. CIV. 4(f)(3)**

Plaintiff Intercontinental Great Brands LLC ("Plaintiff") seeks this Court's authorization

to effectuate service of process by e-mail and electronic publication in an action arising out of 15

U.S.C §1114, 15 U.S.C. §1125(a), and 15 U.S.C. § 1125(c). A Memorandum of Law in Support

is filed concurrently with this Motion.

Dated: May 28, 2026

Respectfully submitted,

Counsel for Plaintiff Intercontinental Great Brands LLC

/s/ James E. Judge
Zareefa B. Flener (IL Bar No. 6281397)
James E. Judge (IL Bar No. 6243206)
Ying Chen (IL Bar No. 6346961)
Flener IP Law, LLC
77 W. Washington St., Ste. 800
Chicago, IL 60602
(312) 724-8874
jjudge@fleneriplaw.com

1