**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |
|---|---|
| INTERCONTINENTAL GREAT BRANDS LLC, <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A", <br><br> Defendants. | Case No. 2:26-cv-00248 |

**PLAINTIFF'S COPORATE DISCLOSURES STATEMENT**

Pursuant to Fed. R. Civ. 7.1(a), Plaintiff Intercontinental Great Brands LLC, by and through its undersigned counsel, certifies that:

a.      Intercontinental Great Brands LLC is owned by Interconinental Brands LLC, which is owned by Mondelēz Global LLC, which is owned by Mondelēz International Inc. and no publicly held corporation that has an ownership interest in Intercontinental Great Brands LLC;

b.      No additional disclosures are required under General Order 2023-06, the Federal Rules of Civil Procedure, or the Federal Rules of Criminal Procedure;

c.      The basis for federal jurisdiction is based upon the provisions of the Lanham Trademark Act, 15 U.S.C. § 1051, et seq., 28 U.S.C. § 1338(a)-(b) and 28 U.S.C. § 1331 and the facts to establish jurisdiction are contained in Plaintiff's Complaint at paragraphs 1-2 (DE1).

Dated: May 28, 2026

Respectfully submitted,

Counsel for Plaintiff Intercontinental Great Brands LLC

/s/ James E. Judge

1

Zareefa B. Flener (IL Bar No. 6281397)
James E. Judge (IL Bar No. 6243206)
Ying Chen (IL Bar No. 6346961)
Flener IP Law, LLC
77 W. Washington St., Ste. 800
Chicago, IL 60602
(312) 724-8874
jjudge@fleneriplaw.com