**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| INTERCONTINENTAL GREAT BRANDS LLC, | ) ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO.: 2:26-CV-248-GSL-JEM |
| | ) | |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A," | ) ) ) | |
| Defendants. | ) | |

**ORDER**

This matter is before the Court on Plaintiff's Motion for Leave to File Documents Under Seal [DE 4], filed on May 28, 2026. Plaintiff seeks to file exhibits to the Complaint and a Motion, Memorandum and its affidavits and exhibits under seal because of the risk that the sellers identified as Defendants in this case will destroy records or hide assets.

Northern District of Indiana Local Rule 5-3 provides, "No document will be maintained under seal in the absence of an authorizing statute, Court rule, or Court order." N.D. Ind. L.R. 5-3(a). "What happens in the federal courts is presumptively open to public scrutiny." *Hicklin Eng'g, L.C. v. Bartell*, 439 F.3d 346, 348 (7th Cir. 2006). "The public has a legitimate interest in the record compiled in a legal proceeding because the public pays for the courts," but this interest may be overridden "if there is good cause for sealing part of the record." *Forst v. Smithkline Beecham Corp.*, 602 F. Supp. 2d 960, 974 (E.D. Wis. 2009) (citing *Citizens First Nat'l Bank of Princeton v. Cincinnati Ins. Co.*, 178 F.3d 943, 944-45 (7th Cir. 1999)). The decision of whether good cause exists to file a document under seal rests solely with the Court. *See Citizens First*, 178 F.3d at 945

1

("The determination of good cause cannot be eluded by allowing the parties to seal whatever they want, for then the interest in publicity will go unprotected unless the media are interested in the case and move to unseal."). The Court finds that the documents, affidavit, and exhibits include information that should not be on the public docket before Defendants have been served, and that it is impractical for them to be redacted.

Accordingly, the Court hereby **GRANTS** Plaintiff's Motion for Leave to File Documents Under Seal [DE 4] and **DIRECTS** the Clerk of Court to **RETAIN AS SEALED** the documents at [DE 2, 7, 8].

SO ORDERED this 1st day of June, 2026.

s/ John E. Martin
MAGISTRATE JUDGE JOHN E. MARTIN
UNITED STATES MAGISTRATE JUDGE

cc:    All counsel of record

2