# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA
### HAMMOND DIVISION

| | |
|---|---|
| INTERCONTINENTAL GREAT BRANDS LLC, | |
| Plaintiff, | Case No. 2:26-cv-248-GSL-JEM |
| v. | |
| | Judge Gretchen S. Lund |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A", | Magistrate Judge John E. Martin |
| Defendants. | |

## DEFENDANT XGMADILES DIRECT'S MOTION TO DISMISS UNDER RULE 12(b)(5) OR, IN THE ALTERNATIVE, TO QUASH SERVICE

Defendant Xgmadiles Direct ("Defendant") respectfully moves under Federal Rule of Civil Procedure 12(b)(5) for dismissal without prejudice for insufficient service or, in the alternative, an order quashing service subject to concrete deadlines and protections against an open-ended asset restraint. A Memorandum of Law in Support is filed concurrently.

Date: July 27, 2026

Respectfully submitted,

/s/ Roumin Xie
Roumin Xie, CA Bar No. 344439
Veritas Light Law Group P.C.
4340 Von Karman Ave, Suite 290
Newport Beach, CA 92660
682-200-9607
rouminxie@veritaslightlaw.com

*Counsel for Defendant Xgmadiles Direct*

-1-

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on July 27, 2026, a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court and served on all counsel of record via the CM/ECF system.

/s/ Roumin Xie
Roumin Xie
Veritas Light Law Group P.C.
4340 Von Karman Ave, Suite 290
Newport Beach, CA 92660
682-200-9607
rouminxie@veritaslightlaw.com