**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION**

| | |
|---|---|
| INTERCONTINENTAL GREAT BRANDS LLC, <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A", <br><br> Defendants. | Case No. 2:26-cv-248-GSL-JEM <br><br> Judge Gretchen S. Lund <br> Magistrate Judge John E. Martin |

**PLAINTIFF'S NOTICE OF DISMISSAL AS TO CERTAIN DEFENDANTS**

Plaintiff Intercontinental Great Brands LLC, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action against the following Defendants listed on Exhibit 1 (collectively, "Settling Defendants") with prejudice.

Plaintiff is dismissing Settling Defendants because it has reached full settlement with them, the terms of which have been satisfied.

Settling Defendants have neither filed an answer to the complaint nor otherwise pled. Dismissal under Rule 41(a)(1) is therefore appropriate.

Dated: July 28, 2026

Respectfully submitted,

Intercontinental Great Brands LLC,

By: /s/ James E. Judge

Zareefa B. Flener (IL Bar No. 6281397)
James E. Judge (IL Bar No. 6243206)
Ying Chen (IL Bar No. 6346961)
Flener IP Law, LLC
77 West Washington Street, Suite 800
Chicago, Illinois 60602
jjudge@fleneriplaw.com
(312) 724-8874

1

Exhibit 1

| Merchant Name | Defendant No. |
| --- | --- |
| ZhenC-US | 224 |
| SILEAGEO | 227 |
| DGM-Direct | 257 |
| Moksha studio | 274 |
| XinYu Daily necessities Store | 287 |
| USFSFHSJ | 289 |
| Keliwa US | 307 |
| LRESJJIUJ Accessories | 309 |
| pofuduksshop | 326 |
| whitewarehouse | 329 |
| 112314 | 369 |
| tabasquishys | 388 |
| Branlia | 393 |
| wuhahashop | 406 |